UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| HARMANJOT SINGH HONDAL, Petitioner | CIVIL DOCKET NO. 1:20-CV-628-P |
| VERSUS | JUDGE DRELL |
| DIANNE WITTE, *ET. AL.*, Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 21), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Motion for Temporary Restraining Order (ECF No. 8) is DENIED.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 7th day of August, 2020.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE